SOUTHERN STAR, INC., ET AL., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Consolidated Court No. 91–01–00060

(Dated December 10, 1999)

### JUDGMENT ORDER

WATSON, *Senior Judge:* The United States Department of Commerce submitted its *Results of Redetermination* in accordance with this Court's Remand order of May 13, 1994, in the case of *Southern Star, Inc., et al. v. United States,* Consolidated Court No. 91–01–00060. The Department of Commerce requested this remand pursuant to the remand from the Court in *Creswell Trading Company, Inc., et al. v. United States,* Consol. Court No. 91–01–00012, Slip Op. 98–87. In its Redetermination of the 1986 administrative review, Commerce recalculated the company-specific subsidy rates by revising the rates relating to India's International Price Reimbursement Scheme (IPRS). The new company-specific and all other rates applicable to the 1986 period of review are as follows:

| | |
|---|---|
| Crescent Foundry Co. Pvt. Ltd. | 9.07% |
| Kejriwal Iron & Steel Works | 23.75% |
| Govind Steel | 128.60% |
| Uma Iron & Steel Co./Commex Corp. | 30.24% |
| All Others | 16.66% |

These rates have been stipulated to and accepted by all parties to this action.

The Court having reviewed the Redetermination Results, Commerce having complied with the Court's Remand, and the parties having stipulated to the new rates, it is hereby

ORDERED that the Redetermination Results are affirmed; and it is further

---

[7] Because Article III of the Constitution precludes the court, after the case becomes moot, from continuing to exercise jurisdiction or issuing merely an advisory opinion, *see Associacao dos Industriais der Cordoariae Redes v. United States,* 17 CIT 754, 759, 828 F. Supp. 978, 984 (1993), a final judicial decision sustaining Commerce's rescission of the countervailing duty order *ab initio* would moot the current case and require its dismissal for lack of jurisdiction.

ORDERED that the rates listed above shall become the new rates for the 1986 period, and it is further

ORDERED that, as the parties have stipulated that they will not litigate any other issues, this action is dismissed.